| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

GEORGE DALE WIGINGTON, §
　　　　　　　　　　　　　　　　§
　　　　　Appellant, §
　　　　　　　　　　　　　　　　§
versus　　　　　　　　　　　　　§　　CIVIL ACTION NO. 4:21-CV-699
　　　　　　　　　　　　　　　　§
SELECT PORTFOLIO SERVICING, INC., §
and NATIONSTAR MORTGAGE LLC d/b/a §
MR. COOPER, §
　　　　　　　　　　　　　　　　§
　　　　　Appellees. §

## ORDER

Appellee Select Portfolio Servicing, Inc.'s Motion to Withdraw and Substitute Counsel of Record (#2) is granted.

SIGNED at Beaumont, Texas, this 5th day of October, 2021.

*[Signature: Marcia A. Crone]*

　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　UNITED STATES DISTRICT JUDGE