UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | |
| GEORGE DALE WIGINGTON § | |
| § | |
| Appellant, § | |
| § | Case No. 4:21cv699 |
| v. § | |
| § | |
| SELECT PORTFOLIO SERVICING, INC. § | |
| And NATIONSTAR MORTGAGE LLC § | |
| d/b/a MR. COOPER, § | |
| § | |
| Appellees. § | |

## APPELLANT'S MOTION FOR EXTENSION OF DEADLINE TO FILE BRIEF

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW GEORGE DALE WIGINGTON ("Appellant") who files this Motion for Extension of Deadline to File Brief.

1. The current deadline for Appellant to serve and file his brief is December 20, 2021.

2. This is Appellant's first request for an extension of the deadline to serve and file his brief.

3. Cause exists for an extension because this is Appellant's first federal appeal. Appellant is proceeding pro se; but became a licensed attorney in 2018 and is a solo practitioner. In addition, SPS filed a motion to dismiss on 12/8/2021 which requires Appellant to prepare and file an objection prior to December 20, 2021.

4. This extension is not requested for the purpose of delay, and Appellees will not be prejudiced by the extension requested.

WHEREFORE, for the reasons cited herein, Appellant respectfully requests that this Court extend the deadline to file his Appellant's Brief to January 20, 2022, and further prays for such other and further relief to which it may be justly entitled.

Respectfully submitted,

/s/ George Dale Wigington
George Dale Wigington
Pro Se
State Bar No.: 24091665
Dalewig10@verizon.net
2451 Elm Grove Road
Wylie, TX 75098
469-235-1482

### CERTIFICATE OF CONFERENCE

I hereby certify that on 12/13/2021 I conferred with Eric Simonson, counsel of record for SPS. He stated that he needed to obtain permission from his client to agree to the extension. He has not responded further as of 11:00 a.m. on 12/14/2021.

Matt Durham, counsel of record for Mr. Cooper, is unavailable at his record phone and email and I have no other contact information for him. I attempted to confer with Taylor Meek, purported substitute counsel of record for Mr. Cooper, via phone at 1:16 p.m. on 12/13/2021 and again at 10:43 a.m. on 12/14/2021. He was unavailable and has not responded to my voice messages as of 11:00 a.m. on 12/14/2021.

/s/ George Dale Wigington
George Dale Wigington

### CERTIFICATE OF SERVICE

I hereby certify that the forgoing document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have each consented to email notification and electronic service.

/s/ George Dale Wigington
George Dale Wigington
