# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GEORGE DALE WIGINGTON | § | |
| | § | |
| Appellant, | § | |
| | § | Case No. 4:21cv699 |
| v. | § | |
| | § | |
| SELECT PORTFOLIO SERVICING, INC. | § | |
| And NATIONSTAR MORTGAGE LLC | § | |
| d/b/a MR. COOPER, | § | |
| | § | |
| Appellees. | § | |

## ORDER GRANTING APPELLANT'S MOTION FOR EXTENSION OF DEADLINE TO FILE BRIEF

Before this Court is Appellant's Motion for Extension of Deadline to File Brief filed on December 14, 2021. After considering the Motion, the Court is of the opinion that the Motion is meritorious and should be GRANTED.

It is ORDERED that the deadline for Appellant to file and serve a brief is extended to January 20, 2022.