| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

GEORGE DALE WIGINGTON,                §
                                       §
      Appellant,              §
                                       §
*versus*                               §   CIVIL ACTION NO. 4:21-CV-699
                                       §
SELECT PORTFOLIO SERVICING, INC.,      §
and NATIONSTAR MORTGAGE, LLC           §
d/b/a MR. COOPER,                      §
                                       §
      Appellees.              §

## ORDER

Appellant George Dale Wigington's Motion for Extension of Deadline to File Brief (#8) is granted.

SIGNED at Beaumont, Texas, this 15th day of December, 2021.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE